**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 22 EAL 2017

                    Respondent       :

                                      :    Petition for Allowance of Appeal from
                                      :    the Order of the Superior Court

             v.                        :

                                        :

RUDY NORTH,                              :

                                      :

                    Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 6th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.